## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARLENE M. JENNINGS, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO.   3:02CV1937 (MRK) |
| WATERFORD DEVELOPMENT, LLC; et al,. | : | |
| Defendants. | : | |

## ORDER

The Court having conferred with the parties telephonically on December 19, 2003 regarding the above-captioned matter, the modified Scheduling Order [doc. #14] in this case is hereby suspended pending disposition of the summary judgment motions [doc. ## 36, 39, 42, and 57] in Pippett et al. v. Waterford, LLC, Case No. 3:01cv1716.  Immediately following notice of the Court's ruling on the summary judgment motions, the parties shall contact the Court telephonically to discuss the status of outstanding issues.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 19, 2003.