UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday December 19, 2003
~~2:00~~ p.m.
9:15

CASE NO. **3:02cv1937**    **Jennings v Waterford Development LLC et al**

Jonathan L. Gould
214 Main St.
Hartford, CT 06106


Andrew Houlding
Rome McGuigan Sabanosh
One State St.
13th Floor
Hartford, CT 06103-3101


Gerald J. Pomerantz
Pomerantz & Scheffer
700 Stephen Girard Bldg.
21 S. 12th St.
Philadelphia, PA 19107-3603

STATUS CONFERENCE HELD
DATE: 12/19/03

10 min.

Mark S. Scheffer
Pomerantz & Scheffer
700 Stephen Girard Bldg.
21 S. 12th St.
Philadelphia, PA 19107-3603


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK