

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARLENE JENNINGS, | : | CIVIL CASE NO. |
| | : | 3:02CV1937(MRK) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| WATERFORD DEVELOPMENT, LLC | : | |
| MARK WOLMAN AND LEN WOLMAN, | : | |
| | : | |
| Defendants. | : | April 23, 2004 |

### JOINT MOTION FOR CONSOLIDATION

Pursuant to Federal Rules of Civil Procedure Rule 42, Plaintiff Darlene Jennings and Defendants Waterford Development LLC., ("Waterford"), Len Wolman and Mark Wolman hereby move for the consolidation of this action with the pending action captioned Thomas Pippett, Jr., et als., v. Waterford Development LLC., Docket #3:01cv21716(MRK) ("Pippett"), for purposes of settlement and trial.

The parties submit that this case shares common issues of fact and law with those in Pippett, inasmuch as plaintiffs in both cases claim that they were employed in a similar time and location and under similar circumstances, inasmuch as defendants assert similar defenses against each plaintiff in both

cases; and inasmuch as the counsel for the plaintiffs in Pippett is the same as in this case, and defense counsel is the same in both cases.

The parties further submit that Pippett has been referred to the Hon. Magistrate Judge William I. Garfinkel for mediation purposes, and the parties believe that the interests of judicial economy will be served by having this case also referred to Magistrate Garfinkel for the same purposes.

Finally, the parties submit that, in the event that mediation is unsuccessful, the interests of judicial economy will also be served by consolidating the trial of this case with the trial of Pippett.

Wherefore, the parties respectfully move for consolidation.

| THE PLAINTIFF,<br>DARLENE JENNINGS | THE DEFENDANTS,<br>WATERFORD DEVELOPMENT, LLC,<br>LEN WOLMAN and MARK WOLMAN |
|---|---|
| By: *[signature]*<br>Mark S. Scheffer, Esq.<br>Federal Bar No.: ct24746<br>Pomerantz & Scheffer Associates<br>7th Floor, Stephen Girard Building<br>21 South 12th Street<br>Philadelphia, PA 19107-3606<br>Tel: (215) 569-8866 | By: *[signature]*<br>Andrew Houlding, Esq.<br>Federal Bar No. ct12137<br>Rome McGuigan Sabanosh, P.C.<br>One State Street, 13th Floor<br>Hartford, CT 06103<br>Tel: (860) 549-1000<br>Fax: (860) 724-3921 |

-2-

## **ORDER**

The foregoing Motion to Consolidate having been heard by the Court it is hereby ORDERED:

GRANTED/DENIED.

BY THE COURT,

_____
Judge/Clerk

-3-

*Rome McGuigan Sabanosh, P.C.* • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## **CERTIFICATION**

I hereby certify that the foregoing Joint Motion for Consolidation was sent via first class mail, postage prepaid, on this 23rd day of April 2004 to:

Mark S. Scheffer, Esq.
Gerald J. Pomerantz, Esq.
Pomerantz & Scheffer Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia, PA  19107-3606

With a copy provided to:

Jonathan L. Gould, Esq.
214 Main Street
Hartford, CT  06106

_____
Andrew Houlding

10485-7/375834

-4-

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut  06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Joint Motion to Consolidate, signed by plaintiff's counsel and the undersigned, was sent via first class mail, postage prepaid on this 3rd day of May 2004 to:

Mark S. Scheffer, Esq.
Gerald J. Pomerantz, Esq.
Pomerantz & Scheffer Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia, PA  19107-3606

Jonathan L. Gould, Esq.
214 Main Street
Hartford, CT  06106

_____
Andrew Houlding

10485-7/375834

-5-