FILED

'04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARLENE JENNINGS, | : | CIVIL CASE NO. |
| | : | 3:02CV1937(MRK) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| WATERFORD DEVELOPMENT, LLC | : | |
| MARK WOLMAN AND LEN WOLMAN, | : | |
| | : | |
| Defendants. | : | April 23, 2004 |

## STIPULATION FOR DISMISSAL

Plaintiff Darlene Jennings hereby stipulates with Defendants Waterford

Development LLC., ("Waterford"), Len Wolman and Mark Wolman, pursuant to

Federal Rules of Civil Procedure Rule 41(a)(1), to the dismissal, without

prejudice, of her claims against Mark Wolman and Len Wolman.

THE PLAINTIFF,
DARLENE JENNINGS

By:_____
Mark S. Scheffer, Esq.
Federal Bar No.: ct24746
Pomerantz & Scheffer Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia, PA 19107-3606
Tel: (215) 569-8866

THE DEFENDANTS,
WATERFORD DEVELOPMENT, LLC,
LEN WOLMAN and MARK WOLMAN

By:_____
Andrew Houlding, Esq.
Federal Bar No. ct12137
Rome McGuigan Sabanosh, P.C.
One State Street, 13th Floor
Hartford, CT 06103
Tel: (860) 549-1000
Fax: (860) 724-3921

## CERTIFICATION

I hereby certify that the foregoing Stipulation of Dismissal was sent via first class mail, postage prepaid on this 23rd day of April 2004 to:

Mark S. Scheffer, Esq.
Gerald J. Pomerantz, Esq.
Pomerantz & Scheffer Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia, PA  19107-3606

With a copy provided to:

Jonathan L. Gould, Esq.
214 Main Street
Hartford, CT  06106

Andrew Houlding

10485-7/375828

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Stipulation of Dismissal, signed by plaintiff's counsel and the undersigned, was sent via first class mail, postage prepaid on this 3rd day of May 2004 to:

Mark S. Scheffer, Esq.
Gerald J. Pomerantz, Esq.
Pomerantz & Scheffer Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia, PA  19107-3606

Jonathan L. Gould, Esq.
214 Main Street
Hartford, CT  06106

Andrew Houlding

10485-7/375828

3