

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DARLENE JENNINGS, | : CIVIL CASE NO. |
| Plaintiff, | : 3:02CV1937(MRK) |
| vs. | : |
| WATERFORD DEVELOPMENT, LLC | : |
| MARK WOLMAN AND LEN WOLMAN, | : |
| Defendants. | : April 23, 2004 |

### STIPULATION FOR DISMISSAL

Plaintiff Darlene Jennings hereby stipulates with Defendants Waterford Development LLC., ("Waterford"), Len Wolman and Mark Wolman, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), to the dismissal, without prejudice, of her claims against Mark Wolman and Len Wolman.

| THE PLAINTIFF, | THE DEFENDANTS, |
|---|---|
| DARLENE JENNINGS | WATERFORD DEVELOPMENT, LLC, |
| | LEN WOLMAN and MARK WOLMAN |
| By: _Mark S. Scheffer_ | By: _Andrew Houlding_ |
| Mark S. Scheffer, Esq. | Andrew Houlding, Esq. |
| Federal Bar No.: ct24746 | Federal Bar No. ct12137 |
| Pomerantz & Scheffer Associates | Rome McGuigan Sabanosh, P.C. |
| 7th Floor, Stephen Girard Building | One State Street, 13th Floor |
| 21 South 12th Street | Hartford, CT 06103 |
| Philadelphia, PA 19107-3606 | Tel: (860) 549-1000 |
| Tel: (215) 569-8866 | Fax: (860) 724-3921 |

