IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARLENE JENNINGS, | : | CIVIL CASE NO. |
| | : | 3:02CV1937(MRK) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| WATERFORD DEVELOPMENT, LLC | : | |
| | : | |
| Defendant. | : | August 24, 2004 |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Defendant, Waterford Development, LLC.

                                        WATERFORD DEVELOPMENT, LLC

                                        By _____
                                            Bridget M. Ciarlo, ct418913
                                            Rome McGuigan, P.C.
                                            One State Street
                                            Hartford, CT 06103-3101
                                            Telephone: (860) 549-1000
                                            Facsimile: (860) 724-3921
                                            E-mail: bciarlo@rms-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a copy of the foregoing Appearance to be sent via facsimile, electronic mail, and by U.S. first class mail, postage prepaid on this 24th day of August, 2004 to the counsel listed below as follows:

Jonathan L. Gould, Esq.
214 Main Street
Hartford, CT 06106


Gerald Jay Pomerantz, Esq.
Mark Scheffer, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA 19107-3603

Bridget Ciarlo

10485-1/383615